Fill in this information to identify your case:

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BODY TRANSIT, INC. D/B/A RASCALS FITNESS |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 23-2799531 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 7 Eagleview Lane | |
| Number    Street | Number    Street |
| | P.O. Box |
| Schwenksville    PA    19473 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Montgomery County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding  LLP)
   - ☐ Other. Specify: _____

Debtor    BODY TRANSIT, INC. D/B/A RASCALS FITNESS      Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

713900

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                                                 MM / DD / YYYY
       District _____ When ___/___/_____ Case number _____
                                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                                                                                 MM / DD / YYYY
       Case number, if known _____

| Debtor | BODY TRANSIT, INC. D/B/A RASCALS FITNESS | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____
City                State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  BODY TRANSIT, INC. D/B/A RASCALS FITNESS                        Case number (*if known*)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2020
            MM / DD / YYYY

✗ /s/ MARC POLIGNANO                          MARC POLIGNANO
Signature of authorized representative of debtor    Printed name

Title  PRESIDENT

**18. Signature of attorney**

✗ /s/ Maggie Soboleski                  Date  01/02/2020
Signature of attorney for debtor              MM / DD / YYYY

Maggie Soboleski
Printed name
Center City Law Offices, LLC
Firm name
2705 Bainbridge St
Number    Street
Philadelphia                                PA      19146
City                                        State   ZIP Code

2156202132                                  msoboles@yahoo.com
Contact phone                               Email address

88268                                       PA
Bar number                                  State

451 WEST RIDGE PIKE, LP
630 WEST GERMANTOWN PIKE
SUITE 303
Plymouth Meeting, PA 19462


COLLEGEVILLE PLAZA ASSOCIATES, LP
C/O BRIXMOOR PROPERTIES
420 LEXINGTON AVE
New York, NY 10170


FIRST BANK
2465 KUSER ROAD
SUITE 101
Trenton, NJ 08690


MARC AND PATTY POLIGNANO
7 EAGLEVIEW LANE
Schwenksville, PA 19473


PETER LESSER
123 SOUTH BROAD STREET
SUITE 2100
Philadelphia, PA 19109


SUBURBIA SHOPPING CENTER, LP
1030 W. GERMANTOWN PIKE
Norristown, PA 19403


UNIVEST CAPITAL INC.
3331 STREET ROAD
SUITE 325
Bensalem, PA 19020

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: BODY TRANSIT, INC. D/B/A RASCALS FITNESS

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  01/02/2020

/s/ MARC POLIGNANO
Signature of Individual signing on behalf of debtor

PRESIDENT
Position or relationship to debtor

# United States Bankruptcy Court

Eastern District of Pennsylvania

**In re** BODY TRANSIT, INC. D/B/A RASCALS FITNESS

Case No. _____

**Debtor**

Chapter ___11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   [✔] **FLAT FEE**

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,000.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 7,000.00

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

   [ ] **RETAINER**

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ _____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor           [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor           [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]
FILING OF ALL OFFICIAL BANKRUPTCY FORMS, PLANS, OPERATING REPORTS AND OTHER FORMS REQUIRED BY THE U.S. TRUSTEES OFFICE OR THE BANKRUPTCY COURT.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
ALL ADVERSARY PROCEEDINGS BROUGHT BY DEBTOR OR DEFENSE OF DEBTOR; ALL PROCEEDINGS TO AVOID LIENS IN BOTH CHAPTER 7 AND CHAPTER 13; OBJECTIONS TO CREDITOR CLAIMS, DEFENSE OF MOTIONS FOR RELIEF FROM STAY AND ALL OTHER DEFENSIVE MOTIONS OR OBJECTIONS.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 01/02/2020 | /s/ Maggie Soboleski, 88268 |
| *Date* | *Signature of Attorney* |
| | Center City Law Offices, LLC |
| | *Name of law firm* |
| | 2705 Bainbridge St |
| | Philadelphia, PA 19146 |
| | 2156202132 |
| | msoboles@yahoo.com |