# RESOLUTION OF
# BODY TRANSIT, INC. AUTHORIZING
# THE FILING OF A PETITION IN BANKRUPTCY

Following a special meeting of the shareholders of BODY TRANSIT, INC. a Pennsylvania Corporation having been duly called or a waiver of such requisite notice having been presented and the meeting being duly convened at the current offices of the Company located at 7 EAGLEVEIW LANE, SCHWENKSVILLE, PA   19473, beginning at 3:00 p.m., a majority of the shareholders and constituting a quorum for the transaction of business the Board adopted the foregoing resolution:

WHEREAS, BODY TRANSIT, INC. is a Corporation organized and existing under the laws of the Commonwealth of Pennsylvania;

WHEREAS, BODY TRANSIT, INC. presently has ONE shareholder, who was present at the meeting;

WHEREAS, the shareholder deems it necessary, advisable, and required, due to the Company's inability to pay its debts as they mature, for the Company to proceed to seek relief under Chapter 11 of Title 11 of the United States Code;

NOW THEREFORE BE IT RESOLVED, that it is in the best interest of the Company its Shareholders, Directors, Employees, and Officers and other individuals interested in the Company to obtain Federal Bankruptcy protection under Title 11 of the United States Code; and it is

FURTHER RESOLVED that each and every Officer be and hereby is authorized and directed, on behalf of the Company to execute and file a Petition for Relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania as such time as the President shall determine; and it is

FURTHER RESOLVED that the President shall be and hereby is authorized to execute and file all Petitions, Schedules, Statement of Financial Affairs, and any other writings or Motions and to take any and all action as he shall deem necessary and proper in connection with the proceedings under Chapter 11, and that in connection therewith is authorized to retain and employ Center City Law Offices, LLC as legal counsel for the Debtor, and in conjunction with the Bankruptcy to retain

and employ the assistance of any other professionals which it deems necessary or proper in connection with such proceedings; and it is further

RESOLVED that the execution by the President of the Petition, Schedules, Plan or arrangement or other writing, shall be conclusive evidence of the approval of such officer, the Board of Directors, and of the Company.

BODY TRANSIT, INC.

DECEMBER 17 2019

BY: _____
MARC POLIGNANO, PRESIDENT