*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:    Chapter: 11

    Body Transit, Inc. D/B/A
Rascals Fitness

        Debtor(s)    Bankruptcy No: 20–10014–elf

***O R D E R***

**AND NOW,** this 3rd day of January 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Schedule A due 1/16/2020.
    Schedule B due 1/16/2020.
    Schedule D due 1/16/2020.
    Schedule E due 1/16/2020.
    Schedule F due 1/16/2020.
    Schedule G due 1/16/2020.
    Schedule H due 1/16/2020.
    Statement of Financial Affairs due 1/16/2020.
    Statistical Summary of Certain Liabilities Form B206 due 1/16/2020.
    20 Largest Unsecured Creditors due 1/16/2020.
    List of Equity Security Holders due 1/16/2020.
    Small Business Balance Sheet, Statement of Operations, Cash Flow Statement, Federal Income Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due by 1/16/2020.
    Statement of Corporate Ownership due 1/16/2020.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

6
Form 130