UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 1/3/2020

To:  MAGGIE S SOBOLESKI
Center City Law Offices LLC
2705 Bainbridge Street
Philadelphia, PA 19146

In re:  Body Transit, Inc. D/B/A Rascals Fitness
Bankruptcy No.  20-10014-elf
Adversary No.
Chapter  11

Re:  Chapter 11 Voluntary Petition for Non-individual.

The above document(s) were filed in this office on 1/2/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- (xx)   Voluntary Petition Amount $1717.00
- ()     Adversary Proceeding Amount
- ()     $31.00 Filing Fee for Amendments
- ()     $25.00 Claims Transfer Fee
- ()     Motion Filing Fee Amount

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

*Fee Notice*
*(11/26/18)*