**Fill in this information to identify the case:**

Debtor name: BODY TRANSIT, INC. D/B/A RASCALS FITNESS

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 20-10014

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 451 WEST RIDGE PIKE, LP<br>630 WEST GERMANTOWN PIKE<br>SUITE 303<br>Plymouth Meeting, PA, 19462 | | Judgment Liens | Disputed | | | 94,000.00 |
| 2 | AMEX<br>PO BOX 297871<br>Fort Lauderdale, FL, 33329 | | Credit Card Debt | | | | 25,000.00 |
| 3 | SUBURBIA SHOPPING CENTER, LP<br>1030 W. GERMANTOWN PIKE<br>Norristown, PA, 19403 | | PAST DUE RENT | | | | 25,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |