**United States Bankruptcy Court**

**IN RE:** Case No. 20-10014

BODY TRANSIT, INC. D/B/A RASCALS FITNESS    Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| MARC POLIGNANO<br>7 EAGLEVIEW LANE, Schwenksville, PA 19473 | 100 | President |