**Body Transit, Inc**
**Disposable Income Test**
**Case#: 20-10014-ELF**

| | TOTAL MEMBERSHIPS MNTH 1 | TOTAL MEMBERSHIPS MNTH 2 | TOTAL MEMBERSHIPS MNTH 3 | TOTAL MEMBERSHIPS MNTH 4 | TOTAL MEMBERSHIPS MNTH 5 | TOTAL MEMBERSHIPS MNTH 6 | TOTAL MEMBERSHIPS MNTH 7 | TOTAL MEMBERSHIPS MNTH 8 | TOTAL MEMBERSHIPS MNTH 9 | TOTAL MEMBERSHIPS MNTH 10 | TOTAL MEMBERSHIPS MNTH 11 | TOTAL MEMBERSHIPS MNTH 12 | TOTAL MEMBERSHIPS MNTH 13 | TOTAL MEMBERSHIPS MNTH 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEMBERS** | 835* | 983 | 1023** | 1050 | 1060 | 1100 | 1206 | 1240 | 1280 | 1310 | 1320 | 1330 | 1368 | 1382 | 1403 | 1403 | 1410 | 1410 | 1412 | 1412 | 1412 | 1412 | 1412 |
| *Reflects numbers due to Covid-19 | | | | | | | | | | | | | | | | | | | | | | | |
| ** Reflections migration from Limerick | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY |
| **Income** | | | | | | | | | | | | | | | | | | | | | | | |
| 40000 Membership Fees | #VALUE! | 29,480.17 | #VALUE! | 31,489.50 | 31,789.40 | 32,989.00 | 36,167.94 | 37,187.60 | 38,387.20 | 39,286.90 | 39,586.80 | 39,886.70 | 41,026.32 | 41,446.18 | 42,075.97 | 42,075.97 | 42,285.90 | 42,285.90 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 |
| 40010 Juice Bar and ProShop Sales | 2,200.00 | 2,200.00 | #VALUE! | 2,109.80 | 2,129.89 | 2,870.04 | 3,146.61 | 3,235.32 | 3,339.69 | 3,417.96 | 3,444.05 | 3,470.14 | 3,569.29 | 3,605.82 | 3,660.61 | 3,660.61 | 3,678.87 | 3,678.87 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 |
| 40020 Annual Fee | #VALUE! | 3,194.75 | #VALUE! | 3,412.50 | 3,445.00 | 3,575.00 | 3,919.50 | 4,030.00 | 4,160.00 | 4,257.50 | 4,290.00 | 4,322.50 | 4,446.00 | 4,491.50 | 4,559.75 | 4,559.75 | 4,582.50 | 4,582.50 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 |
| **Total Income Monthly** | #VALUE! | 34,874.92 | #VALUE! | 37,011.80 | 37,364.29 | 39,434.04 | 43,234.05 | 44,452.92 | 45,886.89 | 46,962.36 | 47,320.85 | 47,679.34 | 49,041.61 | 49,543.50 | 50,296.33 | 50,296.33 | 50,547.27 | 50,547.27 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | |
| 60000 Advertising and Promotion | 2,433.00 | 2,095.00 | 2,092.53 | 2,098.82 | 1,991.75 | 2,497.35 | 3,523.02 | 2,000.00 | 1,179.00 | 1,365.00 | 1,850.00 | 1,200.00 | 1,596.25 | 2,059.01 | 1,421.77 | 1,350.00 | 1,350.00 | 1,350.00 | 727.49 | 498.72 | 938.97 | 938.97 | 888.97 |
| 60200 Automobile Expense | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 60400 Bank Service Charges | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 |
| 60410 Processing Fees | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 |
| 61700 Computer and Internet Expenses | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| 62400 Depreciation Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 63300 Insurance Expense | 750.00 | 850.00 | 850.00 | 850.00 | 850.00 | 2,200.00 | 895.00 | 450.00 | 1,400.00 | 826.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| 63390 Instructor Fees | 2,000.00 | 2,000.00 | 2,200.00 | 2,500.00 | 2,500.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 |
| 63600 Juice Bar | | | | | | | | | | | | | | | | | | | | | | | |
| 64000 Maintenance/Cleaning | 250.00 | 1,300.00 | 250.00 | 250.00 | 250.00 | 250.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 64000B Cleaning | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,542.00 | 1,700.00 | 1,700.00 | 1,771.77 | 1,771.77 | 1,771.77 | 1,500.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| 64000D Supplies | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 310.00 | 250.00 | 310.00 | 310.00 | 250.00 | 310.00 | 310.00 | 310.00 |
| 64300 Meals and Entertainment | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 100.00 | 100.00 | 100.00 | 150.00 | 150.00 | 100.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 64900 Office Supplies | 550.00 | 650.00 | 650.00 | 650.00 | 650.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 262.00 | 388.00 | 750.00 | 750.00 | 496.34 | 550.00 | 250.00 | 363.00 | 355.00 | 500.00 | 255.84 | 314.69 |
| 65000 Payroll Expenses | | | | | | | | | | | | | | | | | | | | | | | |
| 65000A Wages Officer-Gross | - | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 |
| 65000B Wages Employee | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 |
| 65100 Employee Benefits | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 550.00 | 486.00 | 486.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 |
| 65110 Officer's Health Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UNIVEST Equip Lease | 500.00 | 500.00 | 500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 |
| 66700 Professional Fees | | | | | | | | | | | | | | | | | | | | | | | |
| 66710 Accounting/Book keeping | 250.00 | 385.50 | 503.00 | 1,000.00 | 490.00 | 300.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 250.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 250.00 | 250.00 | 250.00 |
| 67100 Rent Expense | 5,000.00 | 5,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 7,000.00 | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 67110 Cam Fees | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 63200 Equipment Repair | 1,100.00 | 650.00 | 1,099.25 | 392.70 | 1,193.26 | 428.97 | 905.27 | 300.33 | 908.48 | 477.96 | 83.58 | 102.86 | 81.93 | 124.16 | 100.00 | 36.34 | 497.28 | 275.28 | 245.17 | 173.12 | 100.00 | 100.00 | 191.15 |
| 67210 Building Maintenance | 150.00 | 400.00 | 150.00 | 1,100.00 | 250.00 | 250.00 | 250.00 | 1,112.00 | 250.00 | 600.00 | 200.00 | 250.00 | 150.00 | 150.00 | 100.00 | 100.00 | 149.00 | 149.00 | 100.00 | 100.00 | 100.00 | 150.00 | 150.00 |
| 67200 Repairs and Maintenance | 1,000.00 | 200.00 | 1,313.00 | 718.00 | 725.00 | 328.00 | 249.00 | 112.00 | 161.00 | 505.00 | 200.00 | 432.00 | 629.00 | 200.00 | 50.00 | 100.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 100.00 | 100.00 |
| 67500 Supplies | 450.00 | 450.00 | 450.00 | 400.00 | 850.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 400.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 400.00 | 400.00 | 400.00 |
| 65000C Payroll Tax Expenses | 850.30 | 1,330.30 | 1,330.30 | 1,330.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 |
| 68400 Travel Expense | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 120.00 | 200.00 | 150.00 | 150.00 | 100.00 | 200.00 | 200.00 | 200.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 68600 Utilities | 811.52 | 811.52 | 811.52 | 811.52 | 811.52 | 812.96 | 809.00 | 807.00 | 808.00 | 808.00 | 808.00 | 809.00 | 808.00 | 808.00 | 808.00 | 808.00 | 808.00 | 809.00 | 808.00 | 808.00 | 872.00 | 872.00 | 872.00 |
| 68610 Trash Removal | 108.06 | 500.08 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 |
| **TOTAL MONTHLY EXPENSES** | 28,455.40 | 33,374.92 | 34,560.06 | 35,511.80 | 35,864.29 | 37,934.04 | 41,734.05 | 40,384.09 | 40,373.24 | 41,448.72 | 40,240.34 | 40,598.62 | 41,515.94 | 41,999.93 | 42,734.87 | 42,734.87 | 42,985.81 | 42,985.81 | 43,053.42 | 43,052.60 | 43,035.57 | 43,035.57 | 43,035.57 |
| **TOTAL MONTHLY INCOME From Above** | #VALUE! | 34,874.92 | #VALUE! | 37,011.80 | 37,364.29 | 39,434.04 | 43,234.05 | 44,452.92 | 45,886.89 | 46,962.36 | 47,320.85 | 47,679.34 | 49,041.61 | 49,543.50 | 50,296.33 | 50,296.33 | 50,547.27 | 50,547.27 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| **NET PROFIT/Monthly** | #VALUE! | 1,500.00 | #VALUE! | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 4,068.83 | 5,513.65 | 5,513.64 | 7,080.51 | 7,080.72 | 7,525.67 | 7,543.57 | 7,561.46 | 7,561.46 | 7,561.46 | 7,561.46 | 7,565.55 | 7,566.37 | 7,583.40 | 7,583.40 | 7,583.40 |
| **PLAN PAYMENT** | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 4,068.83 | 5,513.65 | 5,513.64 | 7,080.51 | 7,080.72 | 7,525.67 | 7,543.57 | 7,561.46 | 7,561.46 | 7,561.46 | 7,561.46 | 7,565.55 | 7,566.37 | 7,583.40 | 7,583.40 | 7,583.40 |
| Net Profit After Plan payback | #VALUE! | (0.00) | #VALUE! | (0.00) | (0.00) | (0.00) | 0.00 | - | - | 0.00 | (0.00) | (0.00) | 0.00 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | 0.00 | 0.00 | 0.00 |
| **Secured Claim:** | | | | | | | | | | | | | | | | | | | | | | | |
| First Bank Secured Claim | 1,153.12 | 1,153.12 | 1,153.12 | 1,153.12 | 1,153.12 | 1,153.12 | 1,153.12 | 3,127.56 | 4,238.07 | 4,238.06 | 5,442.38 | 5,442.54 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 |
| **Administrative Claims:** | | | | | | | | | | | | | | | | | | | | | | | |
| First Bank Super Priority Admin Claim | 76.04 | 76.04 | 76.04 | 76.04 | 76.04 | 76.04 | 76.04 | 206.34 | 279.63 | 279.63 | 359.11 | 359.12 | 383.71 | 388.41 | 393.12 | 393.12 | 393.12 | 393.12 | 394.19 | 394.41 | 398.88 | 398.88 | 398.88 |
| Debtor's Attorney | 99.73 | 99.73 | 99.73 | 99.73 | 99.73 | 99.73 | 99.73 | 270.61 | 366.72 | 366.72 | 470.95 | 470.97 | 503.22 | 509.38 | 515.55 | 515.55 | 515.55 | 515.55 | 516.96 | 517.25 | 523.12 | 523.12 | 523.12 |
| Debtor's Accountant | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 135.28 | 183.34 | 183.34 | 235.45 | 235.46 | 251.58 | 254.67 | 257.75 | 257.75 | 257.75 | 257.75 | 258.46 | 258.60 | 261.53 | 261.53 | 261.53 |
| Subchapter V Trustees Estimate | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 49.84 | 135.28 | 183.34 | 183.34 | 235.45 | 235.46 | 251.58 | 254.67 | 257.75 | 257.75 | 257.75 | 257.75 | 258.46 | 258.60 | 261.53 | 261.53 | 261.53 |
| Post Confirmation Trustee Fees | 71.43 | 71.43 | 71.43 | 71.43 | 71.43 | 71.43 | 71.43 | 193.75 | 262.55 | 262.55 | 337.17 | 337.18 | 358.37 | 359.22 | 360.07 | 360.07 | 360.07 | 360.07 | 360.26 | 360.30 | 361.11 | 361.11 | 361.11 |
| **Total Plan Payments** | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 4,068.83 | 5,513.65 | 5,513.64 | 7,080.51 | 7,080.72 | 7,525.67 | 7,543.57 | 7,561.46 | 7,561.46 | 7,561.46 | 7,561.46 | 7,565.55 | 7,566.37 | 7,583.40 | 7,583.40 | 7,583.40 |

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 | 1412 |
| MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY |
| 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 |
| 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 |
| 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 |
| 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| 938.97 | 2,087.80 | 2,087.80 | 2,087.80 | 2,087.80 | 2,087.80 | 2,087.80 | 2,097.98 | 2,138.69 | 2,138.69 | 2,138.69 | 2,138.69 | 2,131.32 | 175.60 | 118.98 | 350.00 | 150.00 | 150.00 | 150.00 | 150.00 | 350.00 | 350.00 | 235.08 | 250.00 | 250.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 |
| 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 | 301.72 |
| 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 |
| 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 1,750.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 745.08 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 299.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 250.00 | 257.00 | 250.00 | 250.00 | 310.00 | 310.00 | 310.00 | 200.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 150.00 | 150.00 | 150.00 | 100.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 291.69 | 291.69 | 291.69 | 291.69 | 291.69 | 291.69 | 241.69 | 350.00 | 150.00 | 150.00 | 150.00 | 150.00 | 392.86 | 392.86 | 392.86 | 329.74 | 339.43 | 261.24 | 250.00 | 250.00 | 855.03 | 100.00 | 550.00 | 750.00 | 550.00 | 650.00 | 650.00 | 650.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 |
| 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 |
| 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 | 1,097.10 | 250.00 | 750.00 | 1,097.10 | 1,097.10 | 1,097.10 | 1,097.10 | 1,082.18 | 483.23 | 483.23 | 483.23 | 483.23 | 483.23 | 483.23 |
| 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 350.00 | 250.00 | 250.00 | 250.00 | 350.00 | 350.00 | 350.00 | 350.00 | 285.08 | 250.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 191.15 | 191.15 | 191.15 | 191.15 | 191.15 | 191.15 | 191.15 | 191.15 | 133.38 | 133.54 | 133.54 | 90.68 | 90.68 | 90.68 | 134.76 | 282.47 | 100.00 | 104.24 | 5.11 | 190.05 | 1,732.18 | 532.18 | 85.08 | 100.00 | 185.08 | 100.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 50.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 200.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 100.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 300.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 400.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 |
| 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 845.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 | 846.00 |
| 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 | 107.94 |
| 43,035.57 | 43,034.40 | 43,034.40 | 43,034.40 | 43,034.40 | 43,034.40 | 43,034.40 | 43,034.12 | 43,032.99 | 43,032.99 | 43,032.99 | 43,032.99 | 43,025.62 | 41,001.86 | 41,066.00 | 41,066.00 | 41,059.87 | 41,054.94 | 41,054.43 | 41,054.94 | 41,054.94 | 41,054.94 | 41,054.94 | 41,054.94 | 41,054.94 | 41,055.99 | 41,055.99 | 41,055.99 | 41,055.99 | 41,055.99 | 41,055.99 | 41,055.99 |
| 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| 7,583.40 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.85 | 7,585.98 | 7,585.98 | 7,585.98 | 7,585.98 | 7,593.35 | 9,618.11 | 9,617.33 | 9,552.97 | 9,552.97 | 9,559.10 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 |
| 7,583.40 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.85 | 7,585.98 | 7,585.98 | 7,585.98 | 7,585.98 | 7,593.35 | 9,618.11 | 9,617.34 | 9,552.97 | 9,552.97 | 9,559.11 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 |
| 0.00 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 5,777.22 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 |
| 398.88 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 490.00 | 490.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 471.00 | 470.00 | 470.00 | 470.00 | 470.00 | 470.00 | 470.00 | 470.00 |
| 523.12 | 523.12 | 523.12 | 523.12 | 523.12 | 523.12 | 523.12 | 523.25 | 523.79 | 523.79 | 523.79 | 523.79 | 523.79 | 637.50 | 636.77 | 614.47 | 614.47 | 620.31 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.60 | 261.87 | 261.87 | 261.87 | 261.87 | 265.38 | 320.00 | 320.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.53 | 261.60 | 261.87 | 261.87 | 261.87 | 261.87 | 265.38 | 320.00 | 320.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| 361.11 | 361.17 | 361.17 | 361.17 | 361.17 | 361.17 | 361.17 | 361.18 | 361.24 | 361.24 | 361.24 | 361.24 | 361.59 | 458.01 | 457.97 | 454.90 | 454.90 | 455.20 | 455.43 | 455.43 | 455.43 | 455.43 | 455.43 | 455.43 | 455.43 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 |
| 7,583.40 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.57 | 7,584.85 | 7,585.98 | 7,585.98 | 7,585.98 | 7,585.98 | 7,593.36 | 9,618.11 | 9,617.34 | 9,552.97 | 9,552.97 | 9,559.11 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,564.03 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 | 9,562.98 |

| 56 | 57 | 58 | 59 | 60 |
|---|---|---|---|---|
| 1412 | 1412 | 1412 | 1412 | 1412 |
| MONTHLY | MONTHLY | MONTHLY | MONTHLY | MONTHLY |
| 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 | 42,345.88 |
| 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 | 3,684.09 |
| 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 | 4,589.00 |
| 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| | | | | |
| 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 29.00 | 29.00 | 29.00 | 29.00 | 29.00 |
| 301.72 | 301.72 | 301.72 | 301.72 | 301.72 |
| 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| - | - | - | - | - |
| 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 |
| 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 |
| 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 | 7,085.80 |
| 550.00 | 550.00 | 550.00 | 550.00 | 550.00 |
| - | - | - | | |
| 509.48 | 500.77 | 530.48 | 530.48 | 734.26 |
| 350.00 | 350.00 | 350.00 | 350.00 | 250.00 |
| 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 100.00 | 100.00 | 100.00 | 100.00 | 50.00 |
| 200.00 | 200.00 | 200.00 | 200.00 | 100.00 |
| 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 | 1,942.30 |
| 150.00 | 150.00 | 150.00 | 150.00 | 200.00 |
| 846.00 | 846.00 | 846.00 | 846.00 | 846.00 |
| 107.94 | 107.94 | 107.94 | 107.94 | 107.94 |
| 41,082.24 | 41,073.53 | 41,103.24 | 41,103.24 | 41,107.02 |
| 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 | 50,618.97 |
| 9,536.73 | 9,545.44 | 9,515.73 | 9,515.73 | 9,511.95 |
| 9,536.73 | 9,545.45 | 9,515.73 | 9,515.73 | 9,511.95 |
| 0.00 | (0.00) | 0.00 | 0.00 | 0.00 |
| | | | | |
| 7,392.60 | 7,392.60 | 7,392.60 | 7,392.60 | 7,389.78 |
| 470.00 | 470.00 | 470.00 | 470.00 | 469.22 |
| 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| 310.00 | 314.15 | 300.00 | 300.00 | 300.00 |
| 310.00 | 314.15 | 300.00 | 300.00 | 300.00 |
| 454.13 | 454.55 | 453.13 | 453.13 | 452.95 |
| 9,536.73 | 9,545.45 | 9,515.73 | 9,515.73 | 9,511.95 |