**Body Transit, Inc**

**Plan Payments**

**Case#: 20-10014-ELF**

| Month: | Total Available to Pay | First Bank Secured Claim | First Bank Super Priority Admin Claim | Debtor's Attorney Estimate | Debtor's Accountant Estimate | Subchapter V Trustees Estimate | Post Confirmation Trustee Fees | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 2 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 3 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 4 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 5 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 6 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 7 | 1,500.00 | 1,153.12 | 76.04 | 99.73 | 49.84 | 49.84 | 71.43 | 1,500.00 |
| 8 | 4,068.83 | 3,127.56 | 206.34 | 270.61 | 135.28 | 135.28 | 193.75 | 4,068.83 |
| 9 | 5,513.65 | 4,238.07 | 279.63 | 366.72 | 183.34 | 183.34 | 262.55 | 5,513.65 |
| 10 | 5,513.64 | 4,238.06 | 279.63 | 366.72 | 183.34 | 183.34 | 262.55 | 5,513.64 |
| 11 | 7,080.51 | 5,442.38 | 359.11 | 470.95 | 235.45 | 235.45 | 337.17 | 7,080.51 |
| 12 | 7,080.72 | 5,442.54 | 359.12 | 470.97 | 235.46 | 235.46 | 337.18 | 7,080.72 |
| 13 | 7,525.67 | 5,777.22 | 383.71 | 503.22 | 251.58 | 251.58 | 358.37 | 7,525.67 |
| 14 | 7,543.57 | 5,777.22 | 388.41 | 509.38 | 254.67 | 254.67 | 359.22 | 7,543.57 |
| 15 | 7,561.46 | 5,777.22 | 393.12 | 515.55 | 257.75 | 257.75 | 360.07 | 7,561.46 |
| 16 | 7,561.46 | 5,777.22 | 393.12 | 515.55 | 257.75 | 257.75 | 360.07 | 7,561.46 |
| 17 | 7,561.46 | 5,777.22 | 393.12 | 515.55 | 257.75 | 257.75 | 360.07 | 7,561.46 |
| 18 | 7,561.46 | 5,777.22 | 393.12 | 515.55 | 257.75 | 257.75 | 360.07 | 7,561.46 |
| 19 | 7,565.55 | 5,777.22 | 394.19 | 516.96 | 258.46 | 258.46 | 360.26 | 7,565.55 |
| 20 | 7,566.37 | 5,777.22 | 394.41 | 517.25 | 258.60 | 258.60 | 360.30 | 7,566.37 |
| 21 | 7,583.40 | 5,777.22 | 398.88 | 523.12 | 261.53 | 261.53 | 361.11 | 7,583.40 |
| 22 | 7,583.40 | 5,777.22 | 398.88 | 523.12 | 261.53 | 261.53 | 361.11 | 7,583.40 |
| 23 | 7,583.40 | 5,777.22 | 398.88 | 523.12 | 261.53 | 261.53 | 361.11 | 7,583.40 |
| 24 | 7,583.40 | 5,777.22 | 398.88 | 523.12 | 261.53 | 261.53 | 361.11 | 7,583.40 |
| 25 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |

**Body Transit, Inc**

**Plan Payments**

**Case#:  20-10014-ELF**

| Month: | Total Available to Pay | First Bank Secured Claim | First Bank Super Priority Admin Claim | Debtor's Attorney Estimate | Debtor's Accountant Estimate | Subchapter V Trustees Estimate | Post Confirmation Trustee Fees | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 26 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |
| 27 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |
| 28 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |
| 29 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |
| 30 | 7,584.57 | 5,777.22 | 400.00 | 523.12 | 261.53 | 261.53 | 361.17 | 7,584.57 |
| 31 | 7,584.85 | 5,777.22 | 400.00 | 523.25 | 261.60 | 261.60 | 361.18 | 7,584.85 |
| 32 | 7,585.98 | 5,777.22 | 400.00 | 523.79 | 261.87 | 261.87 | 361.24 | 7,585.98 |
| 33 | 7,585.98 | 5,777.22 | 400.00 | 523.79 | 261.87 | 261.87 | 361.24 | 7,585.98 |
| 34 | 7,585.98 | 5,777.22 | 400.00 | 523.79 | 261.87 | 261.87 | 361.24 | 7,585.98 |
| 35 | 7,585.98 | 5,777.22 | 400.00 | 523.79 | 261.87 | 261.87 | 361.24 | 7,585.98 |
| 36 | 7,593.36 | 5,777.22 | 400.00 | 523.79 | 265.38 | 265.38 | 361.59 | 7,593.36 |
| 37 | 9,618.11 | 7,392.60 | 490.00 | 637.50 | 320.00 | 320.00 | 458.01 | 9,618.11 |
| 38 | 9,617.34 | 7,392.60 | 490.00 | 636.77 | 320.00 | 320.00 | 457.97 | 9,617.34 |
| 39 | 9,552.97 | 7,392.60 | 471.00 | 614.47 | 310.00 | 310.00 | 454.90 | 9,552.97 |
| 40 | 9,552.97 | 7,392.60 | 471.00 | 614.47 | 310.00 | 310.00 | 454.90 | 9,552.97 |
| 41 | 9,559.11 | 7,392.60 | 471.00 | 620.31 | 310.00 | 310.00 | 455.20 | 9,559.11 |
| 42 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 43 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 44 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 45 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 46 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 47 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 48 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 49 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |
| 50 | 9,564.03 | 7,392.60 | 471.00 | 625.00 | 310.00 | 310.00 | 455.43 | 9,564.03 |

**Body Transit, Inc**

**Plan Payments**

**Case#:  20-10014-ELF**

| Month: | Total Available to Pay | First Bank Secured Claim | First Bank Super Priority Admin Claim | Debtor's Attorney Estimate | Debtor's Accountant Estimate | Subchapter V Trustees Estimate | Post Confirmation Trustee Fees | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 51 | 9,562.98 | 7,392.60 | 470.00 | 625.00 | 310.00 | 310.00 | 455.38 | 9,562.98 |
| 52 | 9,562.98 | 7,392.60 | 470.00 | 625.00 | 310.00 | 310.00 | 455.38 | 9,562.98 |
| 53 | 9,562.98 | 7,392.60 | 470.00 | 625.00 | 310.00 | 310.00 | 455.38 | 9,562.98 |
| 54 | 9,562.98 | 7,392.60 | 470.00 | 625.00 | 310.00 | 310.00 | 455.38 | 9,562.98 |
| 55 | 9,562.98 | 7,392.60 | 470.00 | 625.00 | 310.00 | 310.00 | 455.38 | 9,562.98 |
| 56 | 9,536.73 | 7,392.60 | 470.00 | 600.00 | 310.00 | 310.00 | 454.13 | 9,536.73 |
| 57 | 9,545.45 | 7,392.60 | 470.00 | 600.00 | 314.15 | 314.15 | 454.55 | 9,545.45 |
| 58 | 9,515.73 | 7,392.60 | 470.00 | 600.00 | 300.00 | 300.00 | 453.13 | 9,515.73 |
| 59 | 9,515.73 | 7,392.60 | 470.00 | 600.00 | 300.00 | 300.00 | 453.13 | 9,515.73 |
| 60 | 9,511.95 | 7,389.78 | 469.22 | 600.00 | 300.00 | 300.00 | 452.95 | 9,511.95 |