# LOAN AMORTIZATION SCHEDULE

| Loan amount | $317,573.82 |
|---|---|
| Annual interest rate | 3.50% |
| Loan period in years | 5 |
| Number of payments p | 12 |

### LOAN SUMMARY

| Scheduled payment | $5,777.22 |
|---|---|
| Scheduled number of payments | 60 |
| Actual number of payments | 60 |
| Total early payments | $0.00 |
| Total interest | $29,059.51 |

| LENDER NAME | First Bank |
|---|---|

| PMT NO | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE | CUMULATIVE INTEREST |
|---|---|---|---|---|---|---|---|---|
| 1 | $317,573.82 | $1,153.12 | $0.00 | $1,153.12 | $226.86 | $926.26 | $317,346.96 | $926.26 |
| 2 | $317,346.96 | $1,153.12 | $0.00 | $1,153.12 | $241.01 | $912.11 | $317,105.95 | $1,838.37 |
| 3 | $317,105.95 | $1,153.12 | $0.00 | $1,153.12 | $255.20 | $897.92 | $316,850.75 | $2,736.29 |
| 4 | $316,850.75 | $1,153.12 | $0.00 | $1,153.12 | $269.43 | $883.69 | $316,581.32 | $3,619.98 |
| 5 | $316,581.32 | $1,153.12 | $0.00 | $1,153.12 | $283.71 | $869.41 | $316,297.61 | $4,489.39 |
| 6 | $316,297.61 | $1,153.12 | $0.00 | $1,153.12 | $298.02 | $855.10 | $315,999.59 | $5,344.49 |
| 7 | $315,999.59 | $1,153.12 | $0.00 | $1,153.12 | $312.38 | $840.74 | $315,687.21 | $6,185.23 |
| 8 | $315,687.21 | $3,127.56 | $0.00 | $3,127.56 | $2,301.21 | $826.35 | $313,386.00 | $7,011.58 |
| 9 | $313,386.00 | $4,238.07 | $0.00 | $4,238.07 | $3,426.16 | $811.91 | $309,959.84 | $7,823.49 |
| 10 | $309,959.84 | $4,238.06 | $0.00 | $4,238.06 | $3,440.64 | $797.42 | $306,519.20 | $8,620.91 |
| 11 | $306,519.20 | $5,442.38 | $0.00 | $5,442.38 | $4,659.48 | $782.90 | $301,859.72 | $9,403.81 |
| 12 | $301,859.72 | $5,442.54 | $0.00 | $5,442.54 | $4,674.21 | $768.33 | $297,185.51 | $10,172.14 |
| 13 | $297,185.51 | $5,777.22 | $0.00 | $5,777.22 | $5,023.50 | $753.72 | $292,162.01 | $10,925.86 |
| 14 | $292,162.01 | $5,777.22 | $0.00 | $5,777.22 | $5,038.15 | $739.07 | $287,123.86 | $11,664.93 |
| 15 | $287,123.86 | $5,777.22 | $0.00 | $5,777.22 | $5,052.84 | $724.38 | $282,071.02 | $12,389.31 |
| 16 | $282,071.02 | $5,777.22 | $0.00 | $5,777.22 | $5,067.58 | $709.64 | $277,003.44 | $13,098.95 |
| 17 | $277,003.44 | $5,777.22 | $0.00 | $5,777.22 | $5,082.36 | $694.86 | $271,921.08 | $13,793.81 |
| 18 | $271,921.08 | $5,777.22 | $0.00 | $5,777.22 | $5,097.18 | $680.04 | $266,823.90 | $14,473.85 |
| 19 | $266,823.90 | $5,777.22 | $0.00 | $5,777.22 | $5,112.05 | $665.17 | $261,711.85 | $15,139.02 |
| 20 | $261,711.85 | $5,777.22 | $0.00 | $5,777.22 | $5,126.96 | $650.26 | $256,584.89 | $15,789.28 |
| 21 | $256,584.89 | $5,777.22 | $0.00 | $5,777.22 | $5,141.92 | $635.30 | $251,442.97 | $16,424.58 |
| 22 | $251,442.97 | $5,777.22 | $0.00 | $5,777.22 | $5,156.91 | $620.31 | $246,286.06 | $17,044.89 |
| 23 | $246,286.06 | $5,777.22 | $0.00 | $5,777.22 | $5,171.95 | $605.27 | $241,114.11 | $17,650.16 |
| 24 | $241,114.11 | $5,777.22 | $0.00 | $5,777.22 | $5,187.04 | $590.18 | $235,927.07 | $18,240.34 |
| 25 | $235,927.07 | $5,777.22 | $0.00 | $5,777.22 | $5,202.17 | $575.05 | $230,724.90 | $18,815.39 |
| 26 | $230,724.90 | $5,777.22 | $0.00 | $5,777.22 | $5,217.34 | $559.88 | $225,507.56 | $19,375.27 |
| 27 | $225,507.56 | $5,777.22 | $0.00 | $5,777.22 | $5,232.56 | $544.66 | $220,275.00 | $19,919.93 |

# LOAN AMORTIZATION SCHEDULE

| Loan amount | $317,573.82 |
|---|---|
| Annual interest rate | 3.50% |
| Loan period in years | 5 |
| Number of payments p | 12 |

**LOAN SUMMARY**

| Scheduled payment | $5,777.22 |
|---|---|
| Scheduled number of payments | 60 |
| Actual number of payments | 60 |
| Total early payments | $0.00 |
| Total interest | $29,059.51 |

| LENDER NAME | First Bank |
|---|---|

| PMT NO | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE | CUMULATIVE INTEREST |
|---|---|---|---|---|---|---|---|---|
| 28 | $220,275.00 | $5,777.22 | $0.00 | $5,777.22 | $5,247.82 | $529.40 | $215,027.18 | $20,449.33 |
| 29 | $215,027.18 | $5,777.22 | $0.00 | $5,777.22 | $5,263.13 | $514.09 | $209,764.05 | $20,963.42 |
| 30 | $209,764.05 | $5,777.22 | $0.00 | $5,777.22 | $5,278.48 | $498.74 | $204,485.58 | $21,462.17 |
| 31 | $204,485.58 | $5,777.22 | $0.00 | $5,777.22 | $5,293.87 | $483.35 | $199,191.70 | $21,945.51 |
| 32 | $199,191.70 | $5,777.22 | $0.00 | $5,777.22 | $5,309.31 | $467.91 | $193,882.39 | $22,413.42 |
| 33 | $193,882.39 | $5,777.22 | $0.00 | $5,777.22 | $5,324.80 | $452.42 | $188,557.59 | $22,865.84 |
| 34 | $188,557.59 | $5,777.22 | $0.00 | $5,777.22 | $5,340.33 | $436.89 | $183,217.27 | $23,302.74 |
| 35 | $183,217.27 | $5,777.22 | $0.00 | $5,777.22 | $5,355.90 | $421.32 | $177,861.36 | $23,724.05 |
| 36 | $177,861.36 | $5,777.22 | $0.00 | $5,777.22 | $5,371.53 | $405.69 | $172,489.84 | $24,129.75 |
| 37 | $172,489.84 | $7,392.60 | $0.00 | $7,392.60 | $7,002.57 | $390.03 | $165,487.26 | $24,519.77 |
| 38 | $165,487.26 | $7,392.60 | $0.00 | $7,392.60 | $7,018.29 | $374.31 | $158,468.98 | $24,894.09 |
| 39 | $158,468.98 | $7,392.60 | $0.00 | $7,392.60 | $7,034.04 | $358.56 | $151,434.93 | $25,252.64 |
| 40 | $151,434.93 | $7,392.60 | $0.00 | $7,392.60 | $7,049.85 | $342.75 | $144,385.09 | $25,595.40 |
| 41 | $144,385.09 | $7,392.60 | $0.00 | $7,392.60 | $7,065.70 | $326.90 | $137,319.39 | $25,922.30 |
| 42 | $137,319.39 | $7,392.60 | $0.00 | $7,392.60 | $7,081.60 | $311.00 | $130,237.79 | $26,233.30 |
| 43 | $130,237.79 | $7,392.60 | $0.00 | $7,392.60 | $7,097.54 | $295.06 | $123,140.25 | $26,528.36 |
| 44 | $123,140.25 | $7,392.60 | $0.00 | $7,392.60 | $7,113.53 | $279.07 | $116,026.72 | $26,807.43 |
| 45 | $116,026.72 | $7,392.60 | $0.00 | $7,392.60 | $7,129.56 | $263.04 | $108,897.16 | $27,070.47 |
| 46 | $108,897.16 | $7,392.60 | $0.00 | $7,392.60 | $7,145.65 | $246.95 | $101,751.51 | $27,317.42 |
| 47 | $101,751.51 | $7,392.60 | $0.00 | $7,392.60 | $7,161.78 | $230.82 | $94,589.73 | $27,548.24 |
| 48 | $94,589.73 | $7,392.60 | $0.00 | $7,392.60 | $7,177.95 | $214.65 | $87,411.78 | $27,762.89 |
| 49 | $87,411.78 | $7,392.60 | $0.00 | $7,392.60 | $7,194.18 | $198.42 | $80,217.60 | $27,961.31 |
| 50 | $80,217.60 | $7,392.60 | $0.00 | $7,392.60 | $7,210.45 | $182.15 | $73,007.15 | $28,143.46 |
| 51 | $73,007.15 | $7,392.60 | $0.00 | $7,392.60 | $7,226.77 | $165.83 | $65,780.38 | $28,309.29 |
| 52 | $65,780.38 | $7,392.60 | $0.00 | $7,392.60 | $7,243.14 | $149.46 | $58,537.25 | $28,458.76 |
| 53 | $58,537.25 | $7,392.60 | $0.00 | $7,392.60 | $7,259.55 | $133.05 | $51,277.70 | $28,591.81 |
| 54 | $51,277.70 | $7,392.60 | $0.00 | $7,392.60 | $7,276.01 | $116.59 | $44,001.68 | $28,708.39 |

# LOAN AMORTIZATION SCHEDULE

| Loan amount | $317,573.82 |
|---|---|
| Annual interest rate | 3.50% |
| Loan period in years | 5 |
| Number of payments p | 12 |

**LOAN SUMMARY**

| Scheduled payment | $5,777.22 |
|---|---|
| Scheduled number of payments | 60 |
| Actual number of payments | 60 |
| Total early payments | $0.00 |
| Total interest | $29,059.51 |

| LENDER NAME | First Bank |
|---|---|

| PMT NO | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE | CUMULATIVE INTEREST |
|---|---|---|---|---|---|---|---|---|
| 55 | $44,001.68 | $7,392.60 | $0.00 | $7,392.60 | $7,292.52 | $100.08 | $36,709.16 | $28,808.47 |
| 56 | $36,709.16 | $7,392.60 | $0.00 | $7,392.60 | $7,309.08 | $83.52 | $29,400.08 | $28,891.99 |
| 57 | $29,400.08 | $7,392.60 | $0.00 | $7,392.60 | $7,325.69 | $66.91 | $22,074.39 | $28,958.90 |
| 58 | $22,074.39 | $7,392.60 | $0.00 | $7,392.60 | $7,342.34 | $50.26 | $14,732.05 | $29,009.16 |
| 59 | $14,732.05 | $7,392.60 | $0.00 | $7,392.60 | $7,359.05 | $33.55 | $7,373.00 | $29,042.71 |
| 60 | $7,373.00 | $7,389.78 | $0.00 | $7,373.00 | $7,356.20 | $16.80 | $0.00 | $29,059.51 |