**Debtor Name: Body Transit Inc A/K/A Rascals Fitness**
**Liquidation Analysis**
Exhibit:    Liquidation Analysis

**(a) Cash on Hand**
Cash and cash equivalents are assumed to be 100% recoverable**

**(b) Loan to Shareholder**
Loan to Shareholder are assumed to be 0% recoverable.

**(d) Collegeville Equipment - net**

Liquidation value for the Collegeville equipment was assumed to be between $25,000 -$29,750 in a forced sale, which is declining rapidly due to the COVID-19 pandemic, which has forced many local fitness facilities to close their doors and flood the market with an abundance of used fitness equipment.

**(e) Computer Equipment - Collegeville**
It is assumed the Computer Equipment which is made up of older computers
and the resale value is zero.

**(f) Automobile, net**
Automobile is in the shareholder's personal name and has a zero value for liquidation purposes.

**(g) Leasehold Improvements - Limerick, net**
It is assumed that the Leasehold improvements have zero value, location is closing.  The improvements are fixed with the building.

**(h) Leasehold Improvements - Collegeville**

It is assumed that the Leasehold improvements have zero value, since they are fixed with the building

**(i) Customer Lists**
Intangible items not valued in this analysis is the possibility of membership lists.  Membership lists was addressed and has a value of zero due to all contracts being month to month.

**(j) Security Deposits**
This Security Deposit has been retained by the landlord and applied to past due rent

Source: Internal unaudited financial statements and trial balance as of February 29, 2020
** THE CASH ON HAND AS OF 4/22/20 IS $22,892.00.
CASH AS OF THE FILING OF THE PLAN WILL BE REDUCED TO $0 BY RENT, PAYROLL, TAXES, UTILITIES; ADDITIONAL COVID-19 CLEANING COSTS

Debtor Name  Body Transit Inc A/K/A Rascals Fitness  
Case number  20-10014-ELF  
Liquidation Analysis:  Debtor's Estimated Liquidation Value of Assets

### Assets

| | | |
|---|---|---:|
| a. | Cash on hand | 26,290.64 |
| b. | Loan To Shareholder | - |
| c. | | |
| d. | Collegeville Equipment - net | 29,750.00 |
| e. | Computer Equipment - Collegeville | - |
| f. | Automobile, net * In shareholder's personal name | - |
| g. | Leasehold Improvements - Limerick, net | - |
| h. | Leasehold Improvements - Collegeville, net | - |
| i. | Customer Lists | - |
| j. | Security Deposits | - |
| K. | | |

**Total Assets at Liquidation Value**  56,040.64

| | | |
|---|---|---:|
| Less: | Secured creditors' recoveries | 29,750.00 |
| Less: | Chapter 7 trustee fees and expenses | 7,302.03 |
| Less: | Chapter 11 administrative expenses | 60,000.00 |
| Less: | Priority claims, excluding administrative expense claims | 51,596.50 |
| Less: | Debtor's claimed exemptions] | - |

(1) Balance for unsecured claims                            $ 0

(2) Total dollar amount of unsecured claims           $1,091,178  
Percentage of claims which unsecured creditors would receive or retain in a chapter 7 liquidation:   % 0  
Percentage of claims which unsecured creditors will receive or retain under the Plan:   % 0

Official Form 4258    Disclosure Statement for Small Business Under Chapter 11  
Software Copyright(c) 1996-2018 Best Case, LLC  www.bestcase.com