| Manufacturer | Model | Type | QTY | Color |
|---|---|---|---|---|
| Matrix | 7XE | Treadmill | 18 | Red |
| Cybex | 650A Arc | Arc Trainer | 3 | Red |
| Cybex | 650A TB Arc | Arc Trainer | 3 | Red |
| Matrix | 750 | Upright Bike | 3 | Red |
| Matrix | 750 | Rec Bike | 4 | Red |
| Octane | 3700 | Elliptical | 1 | Silver |
| Matrix | 7E | Elliptical | 7 | Silver |
| Marpo | rope pull trainer | rope pull trainer | 1 | black |
| Concept 2 | Concept 2 | Rower | 2 | Silver |
| Matrix | stepmill | Stepmill | 1 | Silver |
| Schwinn | Spinner | Spinner | 10 | White |
|  |  |  |  |  |
| Matrix | Versa | Selectorized Seated Leg Press | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Seated Leg Curl | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Glute | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Leg Extension | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Chest Press | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Biceps Curl | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Hip Abduction | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Hip Adduction | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Triceps Extension | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Row | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Shoulder Press | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Pec Fly/Rear Delt | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Pulldown | 1 | Yellow/Blk Pads |
| Matrix | Versa | Abdominal | 1 | Yellow/Blk Pads |
| Matrix | Versa | Selectorized Back Extension | 1 | Yellow/Blk Pads |
| Free Motion | Dual FT | Functional trainer | 2 | Silver |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Hoist | PL Roc it | Chest Press | 1 | Silver/redpad |
| Hoist | PL Roc it | Leg Press | 1 | Silver/redpad |
| Hoist | PL Roc it | Leg Ext | 1 | Silver/redpad |
| Hoist | PL Roc it | Setaed Leg Curl | 1 | Silver/redpad |

| | | | | |
|---|---|---|---|---|
| Hoist | PL Roc it | Mid Row | 1 | Silver/redpad |
| Hoist | PL Roc it | Lat Pulldown | 1 | Silver/redpad |
| Hoist | PL Roc it | Shoulder Press | 1 | Silver/redpad |
| Hoist | PL Roc it | Biceps Curl | 1 | Silver/redpad |
| Hoist | PL Roc it | Lat raise | 1 | Silver/redpad |
| Hoist | PL Roc it | Tricep Dip | 1 | Silver/redpad |
| Hoist | PL Roc it | Pec Fly | 1 | Silver/redpad |
| Free motion | Duals | Chest/Shoulder | 1 | Silver/blackpad |
| Free motion | Duals | Bicep/Ab | 1 | Silver/blackpad |
| Free motion | Duals | High low pully | 1 | Silver/blackpad |
| Hoist | cable cross | Cable cross half to make crossover | 1 | Silver |
| Nautilus | hip | Hip Thruster | 1 | black |
| Cybex | Plate Load | Smith Press | 3 | red |
| Hoist | Plate Load | Leg press Station | 1 | Silver/blackpad |
| Hoist | Plate Load | Seated Calf | 1 | silver red pad |
| Marpo | rope trainer | rope trainer | 1 | Silver/blackpad |
| Matrix | Power cage | Power cage | 3 | silver  blk pad |
| Matrix | Free weight | Bench press | 1 | yellow blk pad |
| Matrix | Free weight | Incline Press | 1 | yellow blk pad |
| Hoist | Free weight | Leg raise chair | 1 | siler/red |
| Hoist | Free weight | Decline ab bench | 1 | siler/red |
| Hoist | Free weight | 45 degree be | 1 | siler/red |
| Hoist | Free weight | flat bench | 4 | siler/red |
| Hoist | Free weight | Adj incline | 4 | siler/red |
| Hoist | Free weight | Barbell rack | 1 | red |
| Cybex | Free weight | Twin tier dumbell racks | 3 | red |
| Hoist | Free weight | precher curl | 1 | red |
| TRUE | stretch | stretch cage | 1 | silver |
| Inbody | assessment | fat and muscle tester | 1 | white |
| TKO | Free weight | accessory rack | 1 | silver |
| GPI | Dumbells | 5-50 set | 2 | urethane |
| GPI | Dumbells | 60-80x10 | 1 | urethane |
| GPI | Bars | full set | | urethane |
| GPI | Plates | full set | | urethane |
| GPI | bells and rack | beauty bells and rack upright | 1 | silver |
| GPI | fixed barbells | 20-110 x10 | 1 | urethane |

| Group X | goup x balls, mats bands, etc | goup x balls, mats bands, etc | 1 | |
| Tanning | standup taining booths | | 3 | red, yellow, blue |
| | | **Package cost based on current used** | | **28,750-29,750** |
| | | **fitness euqipment market vlaue** | | |
| | | **Criteria based on** | | |
| | | **Age, condition, brand name recognition** | | |
| | | | | |
| | *Assessment done by* | **Mike Caruso** | | |
| | *Industry Authority* | **WeBuyGymEquipment.com** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |