| Manufacturer | Model | Type | QTY | Color |
|---|---|---|---|---|
| Cybex | 650A Arc TB | Arc Trainer | 2 | Red |
| Cybex | 650A Arc | Arc Trainer | 3 | Red |
| Cybex | 770 treadmill | Treadmill | 16 | Red |
| Free motion | free runner | Treadmill | 3 | silver |
| Cybex | 770 | Upright Bike | 3 | Red |
| Cybex | 770 | Rec Bike | 3 | Red |
| Octane | 3700 | Elliptical | 5 | Silver |
| Precor | Assaut | Treadmill | 1 | Silver |
| Helix | Ellip | Elliptical | 1 | Silver |
| Octane | Ellip | Elliptical | 3 | Silver |
| Octane | x6000 | Rec Hybrid | 1 | Silver |
| Marpo | rope pull trainer | rope pull trainer | 1 | black |
| Concept 2 | Concept 2 | Rower | 2 | Silver |
| Stairmaster | stepmill | Stepmill | 1 | Silver |
| Schwinn | Spinner | Spinner | 8 | White |
| Jacobs ladder | Climber | climber | 1 | black |
| Stairmaster | Climber | climber | 1 | black |
| | | | | |
| | | | | |
| Cybex | VR3 | Selectorized Seated Leg Press | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Seated Leg Curl | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Glute | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Leg Extension | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Chest Press | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Biceps Curl | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Hip Abduction | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Hip Adduction | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized standing Calf | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Triceps Extension | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Row | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Lateral Raise | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Shoulder Press | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Pec Fly/Rear Delt | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Selectorized Pulldown | 1 | Black Chrome/Blk Pads |
| Cybex | VR3 | Abdominal | 1 | Black Chrome/Blk Pads |

| Cybex | VR3 | Selectorized Back Extension | 1 | Black Chrome/Blk Pads |
|---|---|---|---|---|
| Cybex | FT | Functional trainer | 1 | red |
| Matrix | circuit | Abdominal | 1 | silver |
| Matrix | circuit | Lat Pull | 1 | silver |
| Misc | Turf | | 1 | green |
| Hoist | MC-7005 MotionCage Package | MC-7005 MotionCage Package | 1 | red/black |
| Misc Group X | | Misc Group X | 1 | Silver/blk pad |
| Matrix | Free weight | Muti adj bench | 1 | |
| Precor | Free weight | Muti adj bench | 1 | Silver/blk pad |
| | | | | |
| Cybex | Modular | Lat Pulldown | 1 | Red blk pad |
| Cybex | Modular | Asst dip chin | 1 | Red blk pad |
| Cybex | Modular | Seated Row | 1 | Red blk pad |
| Cybex | Modular | High low pully | 1 | Red blk pad |
| Cybex | Modular | Cable cross half to make crossover | 1 | Red blk pad |
| | | | | |
| Cybex | Plate Load | Smith Press | 3 | red |
| Cybex | Plate Load | Leg press Station | 1 | red |
| Cybex | Plate Load | Seated Calf | 1 | silver red pad |
| | | | | |
| Matrix | Power cage | Power cage | 1 | silver  blk pad |
| Matrix | Free weight | Bench press | 1 | silver  blk pad |
| Matrix | Free weight | Incline Press | 1 | silver  blk pad |
| Cybex | Free weight | Leg raise chair | 1 | red/blk |
| Cybex | Free weight | Decline ab bench | 1 | red/blk |
| Cybex | Free weight | 45 degree be | 1 | red/blk |
| Cybex | Free weight | flat bench | 3 | red/blk |
| Cybex | Free weight | Adj incline | 3 | red/blk |
| Cybex | Free weight | Barbell rack | 1 | red |
| Cybex | Free weight | Twin tier dumbell racks | 3 | red |
| Cybex | Free weight | precher curl | 1 | red |
| TRUE | stretch | stretch cage | 1 | silver |
| Inbody | assessment | fat and muscle tester | 1 | white |
| TKO | Free weight | accessory rack | 1 | silver |
| GPI | Dumbells | 5-50 set | 2 | urethane |
| GPI | Dumbells | 60-80x10 | 1 | urethane |
| | Bars | full set | | urethane |

| | Plates | full set | | urethane |
|---|---|---|---|---|
| GPI | bells and rack | beauty bells and rack upright | 1 | silver |
| GPI | fixed barbells | 20-110 x10 | 1 | urethane |
| Misc | Accessories | balls, mats bands ropes bars | 1 | |
| | | **Package cost based on current used** | | **30,000-33,000** |
| | | **fitness euqipment market vlaue** | | |
| | | | | |
| | *Assessment done by* | **Mike Caruso** | | |
| | *Industry Authority* | **WeBuyGymEquipment.com** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |