**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Body Transit, Inc. : Bky No. 20-10014-elf
DBA Rascals Fitness

Debtor :

---

**ORDER**

And now, this 28th day of February 2023, it is HEREBY ORDERED that the Clerk of Court shall transfer the above-captioned matter to the docket of the Honorable Magdeline D. Coleman.

_____
Eric L. Frank
U.S. Bankruptcy Judge