IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BODY TRANSIT INC A/K/A RASCALS FITNESS, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 20-10014-ELF |
| | : | |

**DEBTOR'S POST CONFIRMATION REPORT UNDER SUBCHAPTER V OF TITLE 11 PURSUANT TO LOCAL BANKRUPTCY RULE 3021-1**

Debtor, by and through its undersigned counsel and pursuant to Local Rule 3021-1 states as follows:

1. Debtor instituted this Bankruptcy proceeding upon the filing of a Voluntary Petition under Subchapter V of Chapter 11 of Title 11 of the United States Code on January 2, 2020.

2. The Debtor remains in possession of its property and in the control of its financial affairs pursuant to authority set forth 11 U.S.C. §§1107 and 1108.

3. The court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157(b)(2)(K). This is a core proceeding.

4. The Order Confirming the Debtor's Plan of Reorganization (the "Order") was entered on May 1, 2021.

5. The Effective Date of the Plan was May 1, 2021.

6. Attached is the Debtor's verified report and accounting of payment of claims made in accordance with the provisions of Local Bankruptcy Rule 3021-1.

          Respectfully submitted,

          CENTER CITY LAW OFFICES, LLC

          BY:*/s/ Maggie S. Soboleski*
          MAGGIE S. SOBOLESKI
          2705 Bainbridge Street
          Philadelphia, PA  19146
          215-620-2132

June 26, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| BODY TRANSIT INC A/K/A RASCALS FITNESS, | : |
| | : |
| | : |
| Debtor. | :    Case No. 20-10014-ELF |
| | : |

**VERIFIED REPORT AND ACCOUNTING OF PAYMENT OF CLAIMS**

JACQUELINE M. GLEASON CPA, under penalty of perjury declares:

1. I am the bookkeeper for BODY TRANSIT INC A/K/A RASCALS FITNESS (the "Debtor").

2. I have possession and custody of the books and records of the Debtor relating to the payment of claims and distribution of property under the Debtor's Plan of Reorganization, (the "Plan"), confirmed by this Court on MAY 1, 2021 (the "Order Confirming the Plan").

3. All of the claims are paid through the Debtor's DIP account held at First Bank.

4. The only persons who have access to the DIP Account is the principal of the Debtor.

5. Payments are being distributed pursuant to the provisions of the Plan and the Order Confirming Plan.

6. As more fully set forth on the attached Exhibit "A," the Plan is being implemented according to the provisions of Local Bankruptcy Rule 3021-1.

WHEREFORE, the statements and accompanying Exhibit are true and accurate to the best of my knowledge, information, and belief.

_____
JACQUELINE M. GLEASON CPA,

BOOKKEEPER

June 26, 2023

BODY TRANSIT INC A/K/A RASCALS FITNESS

EXHIBIT "A"

# POST CONFIRMATION ACCOUNTING OF DEBTOR'S DISTRIBUTION REPORT
# CASE NO. 20-14242 (ELF)

**Name of Creditor:** **FIRST BANK (SECURED)**

Monthly Scheduled Amount (SECURED): $122,105.80

Paid to Date (SECURED): $ 39,824.02

**Name of Creditor:** **Limerick Landlord**

Monthly Scheduled Amount (as per schedule): $ 42,587.50

Paid to Date (as per schedule): $2,960.60

**Name of Creditor:**

**ADMINISTRATIVE CLAIMS OF COUNSEL, DEBTOR'S ACCOUNTANT AND SUBCHAPTER V TRUSTEE:**

Monthly Scheduled Amount (per schedule): $70,000.00

Paid to Date (as per schedule): $5,064.84

**Name of Creditor:** **ALL OTHER UNSECURED CREDITORS**

Monthly Payment Amount: $42,587.50

Paid to Date (as per schedule): $2,960.60

Debtor expects all remaining unsecured payments to be paid in full by April, 2026, as proposed in the plan payments.



| | | |
|---|---|---|
| Account: 0 | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $125.00 |
| | Please Direct Any Questions To (800) 243-2508 | 792/312 |
| BODY TRANSIT INC. DBA RASCAL'S FITNESS 7 EAGLEVI SCHWENKSVILLE, PA 19473 | Online Bill Payment Processing Center | 0000995467 |
| MEMO: Jan plan payment | FIRST BANK | January 27, 2023 |

Pay ONE HUNDRED TWENTY FIVE AND 00/100 — — — — — — — DOLLARS

TO THE ORDER OF
FURTEK AND ASSOCIATES LLC
101 LINDENWOOD DR STE 225
MALVERN, PA 19355-1762

$ *******125.00

Void After 180 DAYS.
*Signature On File*
This check has been authorized by your depositor

⑈995467⑈ ⑇031207924⑇ 1100 14 297⑈

445631863

0910198864
2023-01-30

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



Account: 0  $125.00
792/312

BODY TRANSIT INC
DBA RASCAL'S FITNESS 7 EAGLEVI
SCHWENKSVILLE, PA 19473          0000995468

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

January 27, 2023

MEMO: Jan plan payment          FIRST BANK

Pay ONE HUNDRED TWENTY FIVE AND 00/100 —————————————          DOLLARS

TO THE ORDER OF    J. GLEASON ASSOCIATES LLC
928 E HIGH ST
POTTSTOWN, PA 19464-5733          $ ******125.00

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑆995468⑆ ⑈031207924⑈ 1100142 97⑈

Diamond Credit Union  0910295402
Remote Deposit Only  2023-01-31
<Date/Time Stamp>
1/30/2023 11:46:46 AM

For Deposit Only At Diamond Credit Union
J. Gleason Associates LLC
AC 8638009

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE





**RASCALS FITNESS**
BEST GYM EVER
222 east main street
collegeville, pa

55-792/312
304

Date: 4/1/23

Pay to the order of: First Bank

$1011.67

One Thousand eleven dollars & 67/100 dollars

FirstBank
www.Firstbanknj.com

for: Secured Claim

⑆031207924⑆ 110014297⑈ 0304

Br=4-ItemNum=024103339045-RtNum=>031207924<-TrID=402-T...3/31

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
IN ACCORDANCE WITH PAYEE'S INSTRUC-
Absence of Endorsement Guaran...
FIRST BANK