IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BODY TRANSIT INC A/K/A RASCALS FITNESS, | : |
| | : |
| | : |
| Debtor. | : Case No. 20-10014-ELF |
| | : |

**DEBTOR'S POST CONFIRMATION REPORT UNDER SUBCHAPTER V OF TITLE 11 PURSUANT TO LOCAL BANKRUPTCY RULE 3021-1**

Debtor, by and through its undersigned counsel and pursuant to Local Rule 3021-1 states as follows:

1. Debtor instituted this Bankruptcy proceeding upon the filing of a Voluntary Petition under Subchapter V of Chapter 11 of Title 11 of the United States Code on January 2, 2020.

2. The Debtor remains in possession of its property and in the control of its financial affairs pursuant to authority set forth 11 U.S.C. §§1107 and 1108.

3. The court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157(b)(2)(K). This is a core proceeding.

4. The Order Confirming the Debtor's Plan of Reorganization (the "Order") was entered on May 1, 2021.

5. The Effective Date of the Plan was May 1, 2021.

6. Attached is the Debtor's verified report and accounting of payment of claims made in accordance with the provisions of Local Bankruptcy Rule 3021-1.

                Respectfully submitted,

CENTER CITY LAW OFFICES, LLC

BY:/s/ *Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
2705 Bainbridge Street
Philadelphia, PA 19146
215-620-2132

July 13, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :   Chapter 11
BODY TRANSIT INC A/K/A RASCALS FITNESS,         :
                                                :
                                                :
    Debtor.                                     :   Case No. 20-10014-ELF
                                                :

## VERIFIED REPORT AND ACCOUNTING OF PAYMENT OF CLAIMS

JACQUELINE M. GLEASON CPA, under penalty of perjury declares:

1. I am the bookkeeper for BODY TRANSIT INC A/K/A RASCALS FITNESS (the "Debtor").

2. I have possession and custody of the books and records of the Debtor relating to the payment of claims and distribution of property under the Debtor's Plan of Reorganization, (the "Plan"), confirmed by this Court on MAY 1, 2021 (the "Order Confirming the Plan").

3. All of the claims are paid through the Debtor's DIP account held at First Bank.

4. The only persons who have access to the DIP Account is the principal of the Debtor.

5. Payments are being distributed pursuant to the provisions of the Plan and the Order Confirming Plan.

6. As more fully set forth on the attached Exhibit "A," the Plan is being implemented according to the provisions of Local Bankruptcy Rule 3021-1.

WHEREFORE, the statements and accompanying Exhibit are true and accurate to the best of my knowledge, information, and belief.

_____
JACQUELINE M. GLEASON CPA,

BOOKKEEPER

July 13, 2023

BODY TRANSIT INC A/K/A RASCALS FITNESS

**EXHIBIT "A"**

# POST CONFIRMATION ACCOUNTING OF DEBTOR'S DISTRIBUTION REPORT
## CASE NO. 20-14242 (ELF)

**Name of Creditor:** **FIRST BANK (SECURED)**

| | |
|---|---|
| Monthly Scheduled Amount (SECURED): | $122,105.80 |
| Paid to Date (SECURED): | $ 43,229.06 |

**Name of Creditor:** **Limerick Landlord**

| | |
|---|---|
| Monthly Scheduled Amount (as per schedule): | $ 42,587.50 |
| Paid to Date (as per schedule): | $5,605.05 |

**Name of Creditor:**

**ADMINISTRATIVE CLAIMS OF COUNSEL, DEBTOR'S ACCOUNTANT AND SUBCHAPTER V TRUSTEE:**

| | |
|---|---|
| Monthly Scheduled Amount (per schedule): | $70,000.00 |
| Paid to Date (as per schedule): | $6,497.46 |

**Name of Creditor:** **ALL OTHER UNSECURED CREDITORS**

| | |
|---|---|
| Monthly Payment Amount: | $42,587.50 |
| Paid to Date (as per schedule): | $5,775.35 |

Debtor expects all remaining unsecured payments to be paid in full by April, 2026, as proposed in the plan payments.



```
Account: 0                    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER              $400.00
                                                                                            792/312
                                   Please Direct Any Questions To
                                   (800) 243-2508
BODY TRANSIT INC                   Online Bill Payment Processing Center                    0000995528
DBA RASCAL'S FITNESS 7 EAGLEVI
SCHWENKSVILLE, PA 19473                                                                     June 30, 2023
MEMO: JULY PLAN                          FIRST BANK

Pay  FOUR HUNDRED AND 00/100 ---------------------------------------------                  DOLLARS

TO     J. GLEASON ASSOCIATES LLC                                              $  *******400.00
THE    928 E HIGH ST
ORDER  POTTSTOWN, PA 19464-5733                                               Void After 180 DAYS.
OF                                                                            Signature On File
                                                                              This check has been authorized
                                                                              by your depositor
```

Diamond Credit Union 0910073622
Remote Deposit Only 2023-07-05
<Date/Time Stamp>
7/3/2023 12:57:22 PM

ENDORSE HERE
For Deposit Only At Diamond Credit Union
J. Gleason Associates LLC
A/C #539003

**RASCALS FITNESS**
BEST GYM EVER
222 east main street
collegeville pa

55-792/312

261

Pay to the order of First Bank    $2157.93

Two Thousand One Hundred Fifty Seven dollars 93/100

FIRSTBANK
www.Firstbanknj.com

for FB Secured Claim

⑆031207924⑆ 1100142971⑈ 0261

Bc-1-ItemNum-024113456727 RtNum-031207924 TrID-402 Tra...

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
IN ACCORDANCE WITH PAYEE'S INSTRUCTION
Absence of Endorsement Guaranteed
First...