**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **BODY TRANSIT INC A/K/A RASCALS FITNESS,** | : | |
| | : | |
| | : | |
| **Debtor.** | : | **Case No. 20-10014-ELF** |
| | : | |

---

**DEBTOR'S POST CONFIRMATION REPORT UNDER SUBCHAPTER V OF TITLE 11 PURSUANT TO LOCAL BANKRUPTCY RULE 3021-1**

Debtor, by and through its undersigned counsel and pursuant to Local Rule 3021-1 states as follows:

1. Debtor instituted this Bankruptcy proceeding upon the filing of a Voluntary Petition under Subchapter V of Chapter 11 of Title 11 of the United States Code on January 2, 2020.

2. The Debtor remains in possession of its property and in the control of its financial affairs pursuant to authority set forth 11 U.S.C. §§1107 and 1108.

3. The court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157(b)(2)(K). This is a core proceeding.

4. The Order Confirming the Debtor's Plan of Reorganization (the "Order") was entered on May 1, 2021.

5. The Effective Date of the Plan was May 1, 2021.

6.  Attached is the Debtor's verified report and accounting of payment of claims made in

accordance with the provisions of Local Bankruptcy Rule 3021-1.

Respectfully submitted,

CENTER CITY LAW OFFICES, LLC

BY:/s/ *Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
2705 Bainbridge Street
Philadelphia, PA  19146
215-620-2132

December 9, 2025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **BODY TRANSIT INC A/K/A RASCALS FITNESS,** | : | |
| | : | |
| | : | |
| **Debtor.** | : | **Case No. 20-10014-ELF** |
| | : | |

## VERIFIED REPORT AND ACCOUNTING OF PAYMENT OF CLAIMS

JACQUELINE M. GLEASON CPA, under penalty of perjury declares:

1. I am the bookkeeper for BODY TRANSIT INC A/K/A RASCALS FITNESS (the "Debtor").

2. I have possession and custody of the books and records of the Debtor relating to the payment of claims and distribution of property under the Debtor's Plan of Reorganization, (the "Plan"), confirmed by this Court on MAY 1, 2021 (the "Order Confirming the Plan").

3. All of the claims are paid through the Debtor's account held at WSFS Bank.

4. The only person who has access to the Account is the principal of the Debtor.

5. Payments are being distributed pursuant to the provisions of the Plan and the Order Confirming Plan.

6. As more fully set forth on the attached Exhibit "A," the Plan is being implemented according to the provisions of Local Bankruptcy Rule 3021-1.

WHEREFORE, the statements and accompanying Exhibit are true and accurate to the best of my knowledge, information, and belief.

JACQUELINE M. GLEASON CPA, BOOKKEEPER

December 9, 2025

BODY TRANSIT INC A/K/A RASCALS FITNESS

EXHIBIT "A"

## POST CONFIRMATION ACCOUNTING OF DEBTOR'S DISTRIBUTION REPORT
## CASE NO. 20-14242 (ELF)

**Name of Creditor: FIRST BANK (SECURED)**

| | |
|---|---|
| Monthly Scheduled Amount (SECURED): | $122,105.80 |
| Paid to Date (SECURED) : | $ 96,082.69 |

**Name of Creditor: Limerick Landlord**

| | |
|---|---|
| Monthly Scheduled Amount (as per schedule): | $ 42,587.50 |
| Paid to Date (as per schedule): | $22,183.63 |

**Name of Creditor:**

**ADMINISTRATIVE CLAIMS OF COUNSEL, DEBTOR'S ACCOUNTANT AND SUBCHAPTER V TRUSTEE:**

| | |
|---|---|
| Monthly Scheduled Amount (per schedule): | $70,000.00 |
| Paid to Date (as per schedule): | $47,421.88 |

**Name of Creditor: ALL OTHER UNSECURED CREDITORS**

| | |
|---|---|
| Monthly Payment Amount: | $42,587.50 |
| Paid to Date (as per schedule): | $22,183.63 |

Debtor expects all remaining unsecured payments to be paid in full by April, 2026, as proposed in the plan payments.

# Body Transit Inc DBA Rascals Fitness
## Electronic Plan Payments
## 3Q2025

Limerick Landlord:

Administrative:  Furtek, Gleason and Soboloski:

| | Date | Description | Amount |
|---|---|---|---|
| | Jul 29 | ELECTRONIC PAYMENT<br>7BM1273M FURTEK AND ASSOCIA 2317304 | -$300.00 |
| | Jul 29 | ELECTRONIC PAYMENT<br>IBM1273M J. GLEASON ASSOCIA 2317304 | -$300.00 |
| | Jul 29 | ELECTRONIC PAYMENT<br>8BM1273M FIRST BANK ATTN LA 2317304 | -$500.00 |
| | Aug 28 | ELECTRONIC PAYMENT<br>MBQ1AIG8 FIRST BANK ATTN LA 2329218 | -$500.00 |
| | Aug 28 | ELECTRONIC PAYMENT<br>LBQ1AIG8 J. GLEASON ASSOCIA 2329218 | -$300.00 |